1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVSBN 0722)
   Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney

5

6   1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510)637-3705
7   Fax:  (510)637-3724
    michelle.morgan-kelly@usdoj.gov

8
   Attorneys for Plaintiff
9

                  UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                   SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,        )    No.    CR 06 0182 WHA
                                     )
14      Plaintiff,                   )    STIPULATION AND [PROPOSED]
                                     )    ORDER FOR CONTINUANCE FROM
        v.                           )    APRIL 4, 2006 THROUGH APRIL 25,
15                                   )    2006 AND EXCLUDING TIME FROM
    ROY C. MCKENNA,                  )    THE SPEEDY TRIAL ACT
16                                   )    CALCULATION (18 U.S.C. §
        Defendant.                   )    3161(h)(8)(A))
17  _____)

18
           With the agreement of the parties, and with the consent of the defendant, the Court enters
19
    this order scheduling a status hearing on April 25, 2006 at 2:00 P.M. and documenting the
20
    exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 4, 2006 through
21
    April 25, 2006.  The parties agree, and the Court finds and holds, as follows:
22
           1.  The defendant made his first appearance before the Court on April 4, 2006.  At that
23
    time, counsel for the defendant, Nanci Clarence, informed the Court that she and the government
24
    will be submitting a stipulated protective order governing the discovery of child pornography,
25
    pursuant to which the government will provide electronic discovery, and that she had just been
26
    provided with paper discovery from the government which she will review in order to determine
27
    what, if any, motions are appropriate.
28
           2.  Accordingly, the parties requested that the period from April 4, 2006 through April 25,

1    2006 be excluded under the Speedy Trial Act for effective preparation of counsel.

2        3.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

3    3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into

4    account the exercise of due diligence.

5        4.  After a hearing on this matter on April 4, 2006, the Court finds that, taking into

6    account the public interest in the prompt disposition of criminal cases, the ends of justice served

7    by excluding the period from April 4, 2006 through April 25, 2006 outweigh the best interest of

8    the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

9        5.  Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing

10    on April 25, 2006 at 2:00 P.M., and (2) orders that the period from April 4, 2006 through April

11    25, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) &

12    (B)(iv).

13    IT IS SO STIPULATED:

14    DATED:_____4/4/06_____        _____/s/_____
                                       NANCI CLARENCE

15                                     Attorney for Defendant Roy McKenna

16

17    DATED:_____4/10/06____        _____/s/_____
                                       MICHELLE MORGAN-KELLY

18                                     Assistant United States Attorney

19    IT IS SO ORDERED.

20

21    DATED:__4/11/06_____

       WILLIAM H. ALSUP



       Judge William Alsup

28