Nanci L. Clarence, SBN 122286
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694
emails: nclarence@clarencedyer.com

Attorneys for Defendant Roy McKenna

RECEIVED
06 APR 25 PM 2:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROY MCKENNA,<br><br>Defendant. | Case No.: 3-06-CR-70126 BZ<br><br>**STATUS REPORT RE PRETRIAL RELEASE; STIPULATION AND ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE** |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Defendant Roy McKenna was released with conditions by the Honorable Bernard Zimmerman on March 8, 2006. The conditions of his release, among others, were to post a surety bond of $300,000 secured by real property owned by the Defendant. In addition to the usual conditions, the Court ordered that pending the posting of real property the Defendant would be required to wear an electronic bracelet as directed by Pretrial Services. The Defendant posted real property with the Court on March 21, 2006, one day before the ordered deadline of March 22, 2006.

2. Since his release, the Defendant has been monitored by Pretrial Services Officer, Rick Sarlatt, and has worn the electronic bracelet without incident or violation.

3. The Defendant lives in a rural area and is self-employed as a tractor and heavy equipment operator, manager of various rental properties as well as a grounds keeper at the Shelter Cove Golf Course. By nature, this work is irregular because of weather conditions. In the

time Mr. McKenna has been on release, he has attempted to work when the rains stop, but necessarily maintains an unpredictable work schedule. His ability to commence work – as weather permits – has been hindered by the requirement that he get clearance before leaving home pursuant to the electronic monitoring program. After six weeks, he requests that the Court permit removal of the electronic bracelet so that he may have the flexibility needed for his work.

4. The prosecutor in this matter, AUSA Michelle Morgan-Kelly, has no objection to this request, *because the Court ordered the electronic bracelet as a temporary measure until defendant posted bond, which he has done.*

5. Pretrial Services Officer, Rick Sarlatt, has no objection to this request.

Accordingly, the parties stipulate to the facts set forth above and the defense submits this request for removal fo the condition requiring the Defendant to submit to electronic bracelet monitoring.

IT IS SO STIPULATED.

CLARENCE & DYER LLP

Date: April 24, 2006

Nanci L. Clarence
Attorneys for Defendant Roy McKenna

Kevin Ryan
United States Attorney

Dated: 4/25/06

Michelle Morgan-Kelly
Assistant United States Attorney

**ORDER**

Pursuant to the above stipulation of the parties, IT IS ORDERED.

Dated: 26 Apr 06

Bernard Zimmerman
United States Magistrate Judge

STATUS REPORT RE PRETRIAL RELEASE; STIPULATION AND ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE
Case No.: 3-06-CR-70126 BZ

2