KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax:  (510)637-3724
   michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROY C. MCKENNA, ) <br> ) <br> Defendant. ) <br> _____ ) | No.   CR 06 0182 WHA <br><br> STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE FROM APRIL 25, 2006 THROUGH MAY 23, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

      With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on May 23, 2006 at 2:00 P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 25, 2006 through May 23, 2006. The parties agree, and the Court finds and holds, as follows:

      1. The defendant appeared before the Court for a status conference on April 25, 2006. At that time, counsel for the defendant, Nanci Clarence, informed the Court that she had just been provided with electronic discovery from the government in the form of an image of her client's computer hard drive, which her expert will require several weeks to review and then discuss with her. She also stated that based in part on this review, she will determine what, if any, motions are appropriate.

      2. At the April 25, 2006 appearance, counsel for the government also informed the Court

1  that she will be out of the country from May 10 -16, 2006.

2      3. Accordingly, the parties requested that the period from April 25, 2006 through May
3  23, 2006 be excluded under the Speedy Trial Act for effective preparation of defense counsel and
4  for continuity of government counsel.

5      4. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
6  3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into
7  account the exercise of due diligence, and for continuity of government counsel.

8      5. After a hearing on this matter on April 25, 2006, the Court finds that, taking into
9  account the public interest in the prompt disposition of criminal cases, the ends of justice served
10 by excluding the period from April 25, 2006 through May 23, 2006 outweigh the best interest of
11 the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

12     6. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing
13 on May 23, 2006 at 2:00 P.M., and (2) orders that the period from April 25, 2006 through May
14 23, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) &
15 (B)(iv).

16 IT IS SO STIPULATED:

17 DATED:   5/1/2006                              /s/
                                         NANCI CLARENCE
18                                       Attorney for Defendant Roy McKenna

19

20 DATED:      4/28/06                            /s/
                                         MICHELLE MORGAN-KELLY
21                                       Assistant United States Attorney

22 IT IS SO ORDERED.

23 DATED: 5/8/06

24                                       WILLIAM H. ALSUP
                                         United States District Judge

