KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax:  (510)637-3724
   michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 06 0182 WHA |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER FOR CONTINUANCE FROM MAY 23, 2006 THROUGH JUNE 6, 2006 |
| ) | AND EXCLUDING TIME FROM THE |
| ROY C. MCKENNA, ) | SPEEDY TRIAL ACT CALCULATION |
| ) | (18 U.S.C. § 3161(h)(8)(A) and (B)(iv)) |
| Defendant. ) | |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on June 6, 2006 at 2:00 P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 23, 2006 through June 6, 2006. The parties agree, and the Court finds and holds, as follows:

     1. The defendant appeared before the Court for a status conference on May 23, 2006. At that time, the parties informed the Court that they are in the process of negotiating a resolution to the case and that the government had presented the defendant with a draft proposal which the defense would need time to review and consider.

     2. Accordingly, the parties requested that the period from May 23, 2006 through June 6, 2006 be excluded under the Speedy Trial Act for effective preparation of defense counsel and for continuity of government counsel.

3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. After a hearing on this matter on May 23, 2006, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from May 23, 2006 through June 6, 2006 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on June 6, 2006 at 2:00 P.M., and (2) orders that the period from May 23, 2006 through June 6, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:   5/30/06                           /s/
                                     NANCI CLARENCE
                                     Attorney for Defendant Roy McKenna


DATED:   5/26/06                           /s/
                                     MICHELLE MORGAN-KELLY
                                     Assistant United States Attorney

IT IS SO ORDERED.

DATED: 6/1/06



WILLIAM H. ALSUP
United States District Judge