| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVSBN 0722)<br>Chief, Criminal Division |
| 4 | MICHELLE MORGAN-KELLY (DEBN 3651)<br>Assistant United States Attorney |

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510)637-3705
Fax: (510)637-3724
michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR 06 0182 WHA |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING |
| v. | ) ) | HEARING FROM OCTOBER 3, 2006<br>UNTIL DECEMBER 12, 2006 |
| ROY C. MCKENNA, | ) ) | |
| Defendant. | ) ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the sentencing hearing from October 3, 2006 until December 12, 2006. The parties agree, and the Court finds and holds, as follows:

1. Defendant pled guilty on June 13, 2006 and sentencing currently is scheduled for October 3, 2006.

2. In light of the nature of the plea agreement and the related continuing investigation on the part of the government, a continuance of the sentencing hearing would best serve the interests of both parties.

3. Defense counsel has no objection to the continuance.

//

//

1  For these reasons, the parties respectfully request that the Court enter this order continuing the
2  sentencing hearing until December 12, 2006.
3  IT IS SO STIPULATED:
4  DATED:   9/22/06                      /s/
                                           NANCI CLARENCE
5                                             Attorney for Defendant Roy McKenna
6
7  DATED:   9/22/06                      /s/
                                           MICHELLE MORGAN-KELLY
8                                             Assistant United States Attorney
9  IT IS SO ORDERED.
10 DATED:  September 27, 2006
11                                            WILLIAM H. ALSUP
12                                            United States District Judge